```
1  FRANK P. SARRO (SBN 129780)
   2121 North California Boulevard, Suite 290
2  Walnut Creek, CA 94596
   Telephone (415) 816-5141
3
   Attorney for Plaintiff
4  KIMBERLLI WALKER

5  DYLAN B. CARP (SBN 196846)
   SCOTT P. JANG (SBN 260191)
6  JACKSON LEWIS P.C.
   50 California St., 9th Fl.
7  San Francisco, Ca 94111
   Telephone (415) 394-9400
8
   Attorneys for Defendant
9  NATIONAL MARROW DONOR PROGRAM
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIMBERLLI WALKER, | ) Case No. 3:15-CV-00570-JST |
|---|---|
| Plaintiff, | ) STIPULATION & [PROPOSED] |
| | ) ORDER RESCHEDULING |
| v. | ) CASE MANAGEMENT CONFERENCE |
| NATIONAL MARROW DONOR PROGRAM, et al., | ) |
| Defendants. | ) |

WHEREAS, plaintiff's counsel has a scheduling conflict on May 13, 2015, the date on which this Court through electronic notice set the initial case management conference in this case,

The parties, through their respective counsel, have met and conferred and both counsel are available on June 3, 2015, at 2 p.m. for the next case management conference, and have agreed that:

The next case management conference in this case shall be scheduled on June 3, 2015, at

---

Stip & Order Re CMC Dates              -1-

2 p.m.

Dated: February 13, 2015      /s/ Frank P. Sarro
Frank P. Sarro
Attorney for Plaintiff

Dated: February 13, 2015      /s/ Dylan B. Carp
Jackson Lewis P.C.
Attorneys for Defendant

IT IS SO ORDERED.

Dated: _____February 18_____, 2015

IT IS SO ORDERED

Judge Jon S. Tigar

Stip & Order Re CMC Dates      -2-