UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLLI WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL MARROW DONOR PROGRAM,<br><br>    Defendant. | Case No. 15-cv-00570-JST<br><br>**ORDER TO SHOW CAUSE** |

    The Court issued a scheduling order for this case on May 29, 2015. ECF No. 14. Among other deadlines, the Court set the pretrial conference for June 17, 2016 at 2:00 p.m. and trial for July 11, 2016.

    As of the date of this order, there has been almost no substantive activity in the case, and the Defendant has not answered the complaint. Accordingly, good cause appearing, the parties are now ORDERED TO SHOW CAUSE why all future case dates should not be vacated and reset.

    A written response to this Order to Show Cause is due by June 1, 2016 at 5:00 p.m. The Court will conduct a hearing on this Order to Show Cause on June 8, 2016 at 2:00 p.m. If the parties file a notice of dismissal by June 6, 2016, the hearing on the Order to Show Cause will be vacated.

    IT IS SO ORDERED.

Dated: May 23, 2016

                                                JON S. TIGAR<br>
                                         United States District Judge